**LARRY E. KLAYMAN, ESQ.**
Washington, D.C. Bar No. 334581
2020 Pennsylvania Ave N.W., Suite 800
Washington, D.C. 20006
(310) 595-0800
leklayman@gmail.com

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

In Re: CLIVEN D. BUNDY

      Petitioner,

v.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

      Respondent.

Case No. 16-72275

## NOTICE OF INTENT TO FILE PETITION FOR WRIT OF MANDAMUS BEFORE UNITED STATES SUPREME COURT

  Petitioner Cliven Bundy ("Bundy") hereby informs this Court of his intention to file a petition for writ of mandamus before the United States Supreme Court concerning this Court's order of October 28, 2016 (Docket No. 12), Petition for Rehearing En Banc denied December 13, 2016 (Docket No. 16).

Dated: December 14, 2016    Respectfully submitted,

              /s/ Larry Klayman, Esq.
            Larry Klayman, Esq.
            Washington, D.C. Bar No. 334581
            2020 Pennsylvania Avenue N.W.

          Suite 800
          Washington, D.C. 20006
          (310) 595-0800
          leklayman@gmail.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 14, 2016, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to opposing counsel registered on CM/ECF.

          Courtesy Copy per as directed by
          Federal Rules of Appellate Procedure
          Rule 21(a)(1) to:
          The Honorable Gloria Navarro
          U.S. District Court for the District of Nevada
          333 S. Las Vegas Blvd.
          Las Vegas, Nevada 89101

          Steven W. Myhre, Esq.
          U.S. Attorney's Office
          501 Las Vegas Blvd South , Suite 1100
          Las Vegas, Nevada 89101
          702-388-6336
          702-388-6296 (fax)
          Steven.Myhre@usdoj.gov
          Attorney representing Plaintiff United States of America

          Erin M Creegan, Esq.
          United States Attorney District of Nevada
          501 Las Vegas Blvd. South, Suite 1100
          Las Vegas, Nevada 89101
          702-388-6336
          Erin.Creegan@usdoj.gov
          Attorney representing Plaintiff United States of America

          Nicholas D Dickinson, Esq.
          US Attorneys' Office
          501 Las Vegas Blvd. South, Suite 1100

Las Vegas, Nevada 89101
702-388-6336
nicholas.dickinson@usdoj.gov
Attorney representing Plaintiff United States of America

Nadia Janjua Ahmed, Esq.
U.S. Attorney's Office
501 Las Vegas Blvd South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
nadia.ahmed@usdoj.gov
Attorney representing Plaintiff United States of America

Chris Arabia, Esq.
601 S. 10th Street
Las Vegas, Nevada 89101
702-701-4391
877-858-7893 (fax)
chrisarabia@gmail.com
Attorney representing Defendant Micah L. McGuire

William C. Carrico, Esq.
Federal Public Defender
411 E Bonneville, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-6261 (fax)
William_Carrico@fd.org
Attorney representing Defendant Ryan W. Payne

Angela H. Dows, Esq.
Premier Legal Group
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
702-794-4411
702-794-4421 (fax)
adows@premierlegalgroup.com
Attorney representing Defendant Ryan C. Bundy

Craig W Drummond, Esq.

Drummond Law Firm, P.C.
810 S Casino Center Boulevard, Suite 101
Las Vegas, Nevada 89101
702-366-9966
702-508-9440 (fax)
craig@drummondfirm.com
Attorney representing Defendant O. Scott Drexler

Lucas Gaffney, Esq.
Oronoz, Ericsson & Gaffney LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
702-878-2889
702-522-1542 (fax)
Luke@oronozlawyers.com
Attorney representing Defendant Melvin D. Bundy

Julian R Gregory, Esq.
Law Office of Julian Gregory, L.L.C.
324 S. 3rd Street, Suite 200
Las Vegas, Nevada 89101
702-625-1183
julian@jglawlv.com
Attorney representing Defendant Todd C. Engel

Daniel Hill, Esq.
Wolf, Rifkin, Shapiro & Schulman
3556 E. Russel Road, 2nd Floor
Las Vegas, Nevada 89120
702-341-5200
702-341-5300 (fax)
dhill@wrslawyers.com
Attorney representing Defendant Ammon E. Bundy

Terrence M Jackson, Esq.
Law Office of Terrence M. Jackson
624 South Ninth Street
Las Vegas, Nevada 89101
(702)386-0001
(702)386-0085 (fax)

Terry.Jackson.Esq@gmail.com
Attorney representing Defendant Gregory P. Burleson

Shari L. Kaufman, Esq.
Federal Public Defender
411 E Bonneville, Suite 250
Las Vegas, Nevada 89101
Shari_Kaufman@fd.org
Attorney representing Ryan W. Payne

Kristine M Kuzemka, Esq.
Kuzemka Law Group
9345 W. Sunset Road, Suite 100
Las Vegas, Nevada 89148
702-949-9990
kristine@kuzemkalaw.com
Attorney representing Defendant Jason D. Woods

Dennis Matthew Lay, Esq.
Nguyen & Lay
732 S. Sixth Street, Suite 102
Las Vegas, Nevada 89101
702-383-3200
702-675-8174 (fax)
dml@lasvegasdefender.com
Attorney representing Defendant Blaine Cooper

Andrea Lee Luem, Esq.
Law Offices of Andrea L Luem
499 South 4th Street, Suite 280
Las Vegas, Nevada 89101
702-600-8403
Andrea@luemlaw.com
Attorney representing Joseph D. O'Shaughnessy

Jess R. Marchese, Esq.
Law Office of Jess R. Marchese
601 South Las Vegas Boulevard
Las Vegas, Nevada 89101
702-385-5377

702-474-4210 (fax)
marcheselaw@msn.com
Attorney representing Eric J. Parker

Ryan Norwood, Esq.
Federal Public Defenders
411 E. Bonneville Avenue
Las Vegas, Nevada 89101
702-388-6577
Ryan_Norwood@fd.org
Attorney representing Defendant Ryan W. Payne

Shawn R Perez, Esq.
Law Office Of Shawn R. Perez
626 South Third Street
Las Vegas, Nevada 89101
(702)485-3977
shawn711@msn.com
Attorney representing Defendant Richard R. Lovelien

Cal J. Potter, III, Esq.
Potter Law Offices
1125 Shadow Lane
Las Vegas, Nevada 89102
info@potterlawoffices.com
Attorney representing David H. Bundy

Chris T Rasmussen, Esq.
Rasmussen & Kang LLC.
330 S Third Street, Suite 1010
Las Vegas, Nevada 8910
702-464-6007
702-464-6009 (fax)
chris@rasmussenkang.com
Attorney representing Defendant Peter T. Santilli, Jr.

Brian James Smith, Esq.
Law Office of Brian J. Smith, Ltd.
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134

```
702-380-8248
702-868-5778 (fax)
brian@bjsmithcriminaldefense.com
Attorney representing Defendant Gerald A. Delemus

Richard E Tanasi, Esq.
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada  89101
702-906-2411
866-299-5274 (fax)
rtanasi@tanasilaw.com
Attorney representing Defendant Steven A. Stewart

Mace J Yampolsky, Esq.
Mace Yampolsky, Ltd.
625 S. Sixth Street
Las Vegas, Nevada  89101
702-385-9777
702-385-3001 (fax)
Mace@macelaw.com
Attorney representing Defendant Brian D. Cavalier
```

       /s/ Larry Klayman, Esq.
    Larry Klayman, Esq.